ORDER:
Motion granted. The ICMC is reset to October 11, 2011, at 10:30 a.m.

*E. Clifton Knowles*

U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

DONALD TINSLEY, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.                                      Civil Action No.: 3:11-0677
                                            JUDGE SHARP
                                            MAGISTRATE JUDGE KNOWLES

ATM INTERNATIONAL SERVICES, L.L.C., and John Doe 1, 2, 3 unknown

    Defendants.

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Comes now the Plaintiff and moves this Court to continue the case management conference set for September 8, 2011, on the grounds that the Defendant, ATM International Services, LLC has not been served with the Complaint and Plaintiff is awaiting a return from attempted service upon the registered agent for the Defendant; and counsel for the Plaintiff has not been contacted by counsel on behalf of the Defendant such that it would be more productive to delay the case management conference until after the appearance of counsel on behalf of the Defendant.

Respectfully submitted,

**TODD AND SPENCER**

By: s/Henry F. Todd, Jr.
      Henry F. Todd, Jr.(#005574)
      404 East College St., Suite I
      Dickson, TN 37055

1