UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DONALD TINSLEY | ) |
| | ) |
| | ) |
| v. | )  NO. 3:11cv0677 |
| | )  JUDGE SHARP |
| | ) |
| ATM INTERNATIONAL SERVICES, LLC, et al | ) |
| | ) |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/5/2012.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk